**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Guillermo GARCIA–AGUILAR,**
**Defendant–Appellant.**

No. 06–50659.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Oct. 17, 2007.

Filed Aug. 6, 2008.

Roger W. Haines, Jr., Timothy F. Salel, Jonathan I. Shapiro, Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

John C. Lemon, David J. Zugman, San Diego, CA, for Defendant–Appellant.

Before: KOZINSKI, Chief Judge, McKEOWN, Circuit Judge, and JONES,* District Judge.

**MEMORANDUM ***

Defendant is challenging the district court's refusal to accept his guilty plea. But that ruling can't be appealed directly because final judgment hasn't been entered against defendant. *See* 28 U.S.C. § 1291. In this situation, a petition for a writ of mandamus is the proper course. *See In re Vasquez–Ramirez,* 443 F.3d 692, 700–01 (9th Cir.2006). This appeal is therefore dismissed.

DISMISSED.

---

* The Honorable Robert E. Jones, Senior U.S. District Judge for the District of Oregon, sitting by designation.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

